IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CRIMINAL NO. SA-14-CR-00926-FB |
| | § |
| VASCULAR SOLUTIONS, INC. and | § |
| HOWARD C. ROOT, | § |
| | § |
| Defendants. | § |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME**

Before the Court is the joint Motion to Extend Time for Reply Brief filed by defendants Vascular Solutions, Inc. and Howard C. Root on December 23, 2014 (docket #34), seeking an extension of time, until January 7, 2015, to file their reply to the Government's Opposition to Defendants' Motion to Transfer Venue filed December 22, 2014 (docket #32), due to the Christmas holidays falling in the middle of the 7-day response period.  The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Motion to Extend Time for Reply Brief (docket #34) is GRANTED such that defendants shall have until Wednesday, January 7, 2015, to file a reply, if any, to the United States' Response to Defendants' Motion to Transfer Venue (docket #32).

It is so ORDERED.

SIGNED this 23rd day of December, 2014.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE