UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VASCULAR SOLUTIONS, INC., and<br>HOWARD C. ROOT,<br><br>Defendants. | CASE NO. 5:14-CR-00926 |

## AMENDMENT TO SCHEDULING ORDER

IT IS HEREBY ORDERED that the following deadlines from the Court's Scheduling Order, dated April 29, 2015 have been amended as follows:

1. The deadline for the United States completing its production of discoverable material be extended to July 9, 2015;

2. The deadline for Defendant's disclosure of reciprocal discovery be extended to July 30, 2015;

3. The deadline for notifying the Court of whether a discovery dispute exists shall be extended to August 6, 2015; and

4. The deadline for filing all pretrial motions shall be extended to the later of August 13, 2015, or four weeks after either (a) any outstanding discovery motions are denied, or (b) the documents at issue in any outstanding discovery disputes have been produced.

5. The Court acknowledges the statement in the "Unopposed Motion to Extend Discovery Deadlines" (docket no. 67)that these extensions will not affect the February 1, 2016 trial date. This is particularly important because in all likelihood this case will be tried by Senior United States District Judge Royce Lamberth. The February 1, 2016 trial date coordinates with Judge Lamberth's scheduled time to be in San Antonio.

It is so ORDERED.

SIGNED this ___ day of _____, 2015.

BY THE COURT:

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE