UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | |
| VASCULAR SOLUTIONS, INC., | § | CRIMINAL NO. 5:14-CR-00926 |
| and | § | |
| HOWARD C. ROOT | § | |
| Defendants. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE INDICTMENT OR, IN THE ALTERNATIVE, TO PRECLUDE THE GOVERNMENT FROM USING DEFENDANTS' TRUTHFUL SPEECH TO PROVE MISBRANDING AND ADULTERATION COUNTS**

The defendants' motion to dismiss the indictment or, in the alternative, to preclude the government from using defendants' truthful speech to prove misbranding and adulteration counts is GRANTED.

Dated: _____                    _____
                                             CHIEF JUDGE FRED BIERY