UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 2 8 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                 DEPUTY

| | |
|---|---|
| USA § | |
| § | CRIMINAL NO: |
| vs. § | SA:14-CR-00926(1,2)-RCL |
| § | |
| (1) Vascular Solutions, Inc. § | |
| (2) Howard C. Root § | |

## ORDER SETTING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRETRIAL CONFERENCE** in Courtroom 2, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Friday, January 29, 2016 at 01:00 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 27th day of January, 2016.

_____
ROYCE C. LAMBERTH
SENIOR U. S. DISTRICT JUDGE