UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS (1),<br>HOWARD ROOT (2),<br>　　　　Defendants. | SA-14-CR-0926-RCL |

NOTICE OF INTENT TO USE BUSINESS RECORDS

　　Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Notice of Intent informing the Court, and all parties involved, of the Government's intent to introduce into evidence business records, at the trial of the above-named Defendants, via Self-Proving Affidavits, and would respectfully show the Court the following:

　　Pursuant to Fed.R.Evid.Rule 803(6), it is the Government's intention to introduce into evidence business records obtained pursuant to subpoenas issued by the Government.  Among the records that will be introduced are, but not limited to, business records from Anthem Insurance Companies, Inc.  These records were kept by an employee for the company listed in his or her regular conducted course of business activity.

　　Pursuant to Fed.R.Evid.Rule 902(11), the records will be introduced via a Self-Proving Affidavit from the Custodian of Record and/or an employee of that

company having produced, maintained and/or kept the records in his or her regular course of business and in his or her capacity as an employee of that company.   A copy of the affidavits will be made available to the defense.

Dated:   January 29, 2016

                                    Respectfully submitted,

                                    **RICHARD L. DURBIN, JR.**
                                    United States Attorney


                                    By:_____/s/_____
                                    Bud Paulissen
                                    Bud.Paulissen@usdoj.gov
                                    Texas Bar No. 15643450
                                    Christina Playton
                                    Christina.Playton@usdoj.gov
                                    Texas Bar No. 24028652
                                    Assistant United States Attorneys
                                    601 N.W. Loop 410, Ste. 600
                                    San Antonio, TX 78216
                                    Phone: (210) 384 7025
                                    Facsimile: (210) 384 7028

                                    Timothy T. Finley
                                    Timothy.T.Finley@usdoj.gov
                                    D.C. Bar No. 471841
                                    Charles J. Biro
                                    Charles.Biro@usdoj.gov
                                    Illinois Bar No. 6277139
                                    Trial Attorneys
                                    United States Department of Justice
                                    Consumer Protection Branch
                                    450 5th Street NW, 6th Floor, Ste 6400
                                    Washington, DC 20001
                                    Phone: (202) 307 0050

## CERTIFICATE OF SERVICE

 I certify that a copy of this pleading was served on defense counsel with the filing of it via the ECF maintained by the United States Clerk on this 29th day of January, 2016.

_____/s/_____
Charles J. Biro
Trial Attorney
