UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO.: SA-14-CR-926-FB |
| ) | |
| VASCULAR SOLUTIONS, INC., (1) and ) | |
| HOWARD ROOT, (2) ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the United States' Motion to Preclude Further Evidence and Arguments Encouraging Nullification, United States' Motion is GRANTED.

It is hereby ORDERED that Defendants shall be precluded from presenting further evidence and arguments encouraging nullification, particularly relating to (1) the utility of instructions for use, (2) internal, non-public and non-final FDA deliberations, and (3) FDA's handling of the VNUS RFS Stylet device for ablating perforator veins.

It is SO ORDERED

_____                              _____
Date                                                                              ROYCE C. LAMBERTH
                                                                                        United States District Judge

1